```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| SCHOLZ DESIGN, INC., | CIVIL ACTION NO. 07-3777 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| PRIMUS GROUP, INC., et al., |  |
| Defendants. |  |

**THE PLAINTIFF** having moved for entry of judgment by default against the defendant Primus Group, Inc. (dkt. entry no. 14); and the plaintiff now submitting a "Notice Of Dismissal Without Prejudice" as to the entire complaint pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1) (dkt. entry no. 19); and the Court thus intending to (1) deny the motion without prejudice as moot, and (2) dismiss the complaint under Rule 41(a); and for good cause appearing, the Court will issue an appropriate order and judgment.[1]

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge

**Dated:** February 26, 2008

---

[1] The plaintiff submitted to — but has not filed with — the Court a letter stating that Primus Group, Inc., has petitioned for bankruptcy protection. (1-8-08 Pl. Letter.) The plaintiff should electronically file a copy of that letter on the docket in order to protect its interests here.